IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-199-FL

| | | |
|---|---|---|
| AMBER S. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER FOR ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court hereby awards Plaintiff $2,337.21 in attorney's fees under the Equal Access to

Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that

qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee

remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED this 8th day of May , 2012.


/s/ Louise W. Flanagan
JUDGE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE